UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.            07 Civ. 4122 (ECF)
                                         (DC)


Plaintiff

vs.


GREAT NORTHERN FINANCIAL GROUP, INC.,

Defendant.

------------------------------------------------------------------X

## STATEMENT PURSUANT TO RULE 7.1
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Great Northern Financial Group, Inc. states that it is wholly owned corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: Suffern, New York
       July 19, 2007

                    Michael A. DiChiaro, P.C.

                    By: _____
                    Michael A. DiChiaro (MAD 8686)
                    Attorneys for Defendant
                    Great Northern Financial Group, Inc.
                    One Executive Boulevard
                    Suite 201
                    Suffern, New York 10901
                    (845) 368-9797