UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                        Plaintiff,

      -against-

GREAT NORTHERN FINANCIAL GROUP, INC.

                       Defendant.
-----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4122 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                      ) ss.:
COUNTY OF NEW YORK  )

JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

On July 20, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 11, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                                    Great Northern Financial Group, Inc.
                                    Attn: Ellen Bach
                                    300 Coon Rapids Blvd., Suite 100
                                    Coon Rapids, MN 55433

                                    _____
                                    JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
23rd day of July 2007

_____
Notary Public

CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010