```
                                    ELECTRONICALLY FILED
                                    DOC #: _____
UNITED STATES DISTRICT COURT        DATE FILED: 8/9/07
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>Plaintiff,<br><br>-against-<br><br>GREAT NORTHERN FINANCIAL GROUP, INC.<br><br>Defendant. | ECF CASE<br><br>07 Civ. 4122(DLC)<br><br><br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel that Defendant's time to answer or otherwise move against the Complaint is extended to and through July 20, 2007.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** by and between undersigned counsel that Plaintiff's time to reply or otherwise move against the Counterclaim is extended to and through August 22, 2007.

| **THACHER PROFFITT & WOOD LLP** | **MICHAEL A. DICHIARO, P.C.** |
|---|---|
| By: /s/ _____ | By: /s/ _____ (with permission) |
| John P. Doherty (JD-3275) | Michael A. DiChiaro (MAD-8686) |
| Richard F. Hans (RH-0110) | Attorneys for Defendant |
| Kerry Ford Cunningham (KF-1825) | One Executive Boulevard |
| Brendan E. Zahner (BZ-8645) | Suite 201 |
| Attorneys for Plaintiff | Suffern, New York 10901 |
| Two World Financial Center | (845) 368-9797 |
| New York, New York 10281 | |
| (212) 912-7400 | |

SO ORDERED:

_____
U.S.D.J.
August 9, 2007