```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
DB STRUCTURED PRODUCTS, INC.,      :
                                   :    07 CIV. 4106(DLC)
                Plaintiff,         :    (KNF)*
                                   :
        -v-                        :
                                   :       ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC., : REFERENCE TO A
d/b/a ZONE FUNDING,                :    MAGISTRATE JUDGE
                Defendant.         :
---------------------------------- :
DB STRUCTURED PRODUCTS, INC.,      :
                                   :    07 CIV. 4109
                Plaintiff,         :
                                   :
        -v-                        :
                                   :
BALTIMORE AMERICAN MORTGAGE        :
CORPORATION, INC.,                 :
                Defendant.         :
---------------------------------- :
DB STRUCTURED PRODUCTS, INC.,      :
                                   :
                Plaintiff,         :    07 CIV. 4115
                                   :
        -v-                        :
                                   :
FIRST CAPITAL MORTGAGE CORP.,      :
                                   :
                Defendant.         :
---------------------------------- :
DB STRUCTURED PRODUCTS, INC.,      :
                                   :    07 CIV. 4116
                Plaintiff,         :
                                   :
        -v-                        :
                                   :
ACT LENDING CORPORATION,           :
                                   :
                Defendant.         :
---------------------------------- :
DB STRUCTURED PRODUCTS, INC.,      :
                                   :
                Plaintiff,         :    07 CIV. 4118
                                   :
        -v-                        :
                                   :
COMMONSENSE MORTGAGE CORPORATION, INC., :
                                   :
                Defendant.         :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

```
----------------------------------- :
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                    Plaintiff,      :   07 CIV. 4119
                                    :
        -v-                         :
                                    :
LENDER, LTD.,                       :
                    Defendant.      :
----------------------------------- :
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                    Plaintiff,      :   07 CIV. 4120
                                    :
        -v-                         :
                                    :
MARIBELLA MORTGAGE, LLC,            :
                                    :
                    Defendant.      :
----------------------------------- :
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                    Plaintiff,      :   07 CIV. 4121
                                    :
        -v-                         :
                                    :
LANCASTER MORTGAGE BANKERS, LLC,    :
                                    :
                    Defendant.      :
----------------------------------- :
DB STRUCTURED PRODUCTS, INC.,       :
                                    :   07 CIV. 4122  ←
                    Plaintiff,      :
                                    :
        -v-                         :
                                    :
GREAT NORTHERN FINANCIAL GROUP, INC.,:
                                    :
                    Defendant.      :
----------------------------------- :
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
                    Plaintiff,      :   07 CIV. 4123
                                    :
        -v-                         :
                                    :
INVESTAID CORPORATION,              :
                                    :
                    Defendant.      :
----------------------------------- :
```

```
DB STRUCTURED PRODUCTS, INC.,           :
                                        :
              Plaintiff,                :   07 CIV. 4124
                                        :
     -v-                                :
                                        :
CAMERON FINANCIAL GROUP, INC.,          :
                                        :
              Defendant.                :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                                        :
              Plaintiff,                :   07 CIV. 4125
                                        :
     -v-                                :
                                        :
TRANSNATIONAL FINANCIAL NETWORK, INC.,  :
                                        :
              Defendant.                :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                                        :
              Plaintiff,                :   07 CIV. 4126
                                        :
     -v-                                :
                                        :
BAYROCK MORTGAGE CORPORATION,           :
                                        :
              Defendant.                :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                                        :
              Plaintiff,                :   07 CIV. 4127
                                        :
     -v-                                :
                                        :
IFREEDOM DIRECT CORPORATION, f/k/a NEW  :
FREEDOM MORTGAGE CORPORATION,           :
                                        :
              Defendant.                :
---------------------------------------X
```

DENISE COTE, District Judge:

　　The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |

| | | | |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| X | Settlement* | _____ | Social Security |
| __ | Inquest After Default/Damages Hearing | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\*    Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:   New York, New York          /s/ Denise Cote
         August 10, 2007             DENISE COTE
                                     United States District Judge