# Thacher Proffitt

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7622
BZahner@tpw.com
Admitted in NY and NJ



MEMO ENDORSED

April 4, 2008

Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007

Re:    *DB Structured Products, Inc. v. Great Northern Financial Group, Inc.*, 07 CV 4122

Dear Magistrate Judge Fox,

We write to request a brief adjournment of the settlement conference scheduled for April 8, 2008, and request that the conference be scheduled instead for April 10, 2008 at 2:00 p.m. We understand that counsel for Great Northern intended to make this request on the basis of efficiency, because the parties are already scheduled to attend a pre-trial conference before Judge Cote on the morning of April 10. In addition, we recently learned that Plaintiff's representative, who has been engaged in settlement discussions with the Defendant, will be in Texas for another mediation on April 8, 2008.

The parties have also made substantial progress towards a potential settlement, and the additional time may help narrow the outstanding issues to mediate or result in a final settlement of the case.

Please contact me if you have any questions.

Respectfully submitted,

Brendan E. Zahner

4/7/08
Application granted.
The settlement conference
will be held on April 10, 2008,
at 2:00 p.m., in courtroom 11C.
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

cc (via facsimile): Michael DiChiaro