MEMO ENDORSED





# Thacher Proffitt

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7966
CLynch@tpw.com
Admitted in NY and NJ

April 14, 2008

Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007

Re:  *DB Structured Products, Inc. v. Great Northern Financial Group, Inc.*, 07 CV 4122

Dear Magistrate Judge Fox,

As a follow-up to the settlement conference on April 10, 2008 in connection with the above referenced action, we write to advise Your Honor that while the parties have exchanged the information discussed at the close of the conference, they have not entered into a settlement agreement as of this date. While we do not wish to burden Your Honor unnecessarily, in the interest of keeping the parties on track, Plaintiff requests that the Court direct the parties to provide Your Honor with an update of their progress on Thursday, April 17, 2008. In the event that an agreement has not been reached at that time, Plaintiff requests that the Court schedule another settlement conference.

Please contact me if you have any questions.

Respectfully submitted,

Christopher A. Lynch

4/15/08
On or before April 17, 2008, the parties shall advise the Court in writing, of the status of their settlement discussions.

SO ORDERED:

Hon. Kevin Nathaniel Fox
United States Magistrate Judge

cc (via facsimile): Michael DiChiaro