```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
DB STRUCTURED PRODUCTS, INC.,            :
                    Plaintiff,           :        07 Civ. 4122(DLC) ←
        -v-                              :
                                         :              ORDER
GREAT NORTHERN FINANCIAL GROUP, INC.,    :
                    Defendant.           :
----------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                    Plaintiff,           :
        -v-                              :
                                         :
TELAVA NETWORKS, INC., a California      :        07 Civ. 4125(DLC)
corporation, f/k/a TRANSNATIONAL         :
FINANCIAL NETWORK, INC.,                 :
                    Defendant.           :
----------------------------------------- X
```

DENISE COTE, District Judge:

    A Pretrial Scheduling Order was issued on April 11, 2008,
establishing June 16, 2008, as the trial date in the two above-
captioned actions. By letter dated May 16, 2008, the parties
informed the Court that a settlement in principal had been reached.
At a conference held on June 16, 2008, the parties informed the
Court that settlement documents had not yet been finalized in either
of these actions. Upon application of the plaintiff, and without
objection by the defendants, it is hereby

    ORDERED that these actions are dismissed without prejudice.

    SO ORDERED:

Dated:    New York, New York
          June 16, 2008

                                        _____
                                        DENISE COTE
                                        United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/08
```